JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT LEE CHILDRESS, JR., | Case No. 5:24-02568 WLH (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN LEPE, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 12/12/2024

_____
THE HONORABLE WESLEY L. HSU
United States District Judge